THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MATTEO DELLOMO, Appellant.

(Argued October 14, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Supreme Court rendered February 16, 1912, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Alfred J. Patterson* for appellant.

*James C. Cropsey* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.   Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SALVATORE SPINELLA, Appellant.

*People* v. *Spinella*, 150 App. Div. 923, affirmed.
(Argued October 14, 1912; decided October 29, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 3, 1912, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the

defendant of a violation of section 174 of the Public Health Law in having practiced medicine without license.

*Meyer Greenberg* and *Wilson W. Hoover* for appellant.

*Charles S. Whitman, District Attorney* (*Almuth C. Vandiver* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.